UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:09-CR-10-1-F

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EARL EDWARD EASON, | ) | |
| Defendant. | ) | |

For good cause shown, the defendant's second Motion for Extension of Time to Report [DE-33 ] HELD IN ABEYANCE for **fifteen (15) days** from the date hereof. Within that period, counsel for the defendant is DIRECTED to file a Notice advising the court of (a) the Government's position regarding his motion; and (b) the date after which defendant's attending physician anticipates he will be physically able to report. The Clerk of Court is DIRECTED to re-submit this motion, along with the defendant's response thereto, on **May 2, 2011**.

Defendant's obligation to report to the BOP is SUSPENDED pending further order of the court, but in no event later than May 9, 2011.

SO ORDERED.

This, the 12th day of April, 2011.

JAMES C. FOX
Senior United States District Judge