# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA



James L. Corpening, Jr.
Chief U.S. Probation Officer

306 East Main St., Room 306
Elizabeth City, NC 27909-7909
252-335-5508
Fax: 252-335-5515

**DATE:** May 16, 2018

**FROM:** Lakesha H. Wright
U.S. Probation Officer

**SUBJECT:** EASON, Earl Edward
Docket No.: 2:09-CR-10-1BO
**Request for Early Termination**

**TO:** The Honorable Terrence W. Boyle
U.S. District Judge

On January 31, 2011, Earl Edward Eason was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, to 55 months imprisonment and 3 years supervised release for the offense of Felon in Possession of Firearms and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924. Eason was released from incarceration on October 9, 2015, at which time the term of supervised commenced. On May 16, 2018, the defendant's case was reassigned to Your Honor.

Since the commencement of Eason's supervised release, he has performed satisfactorily on supervision. Specifically, he has refrained from new reportable criminal conduct, all drug screens have tested negative for illegal drug use, and he has been on low intensity supervision since May 2017.

Eason's supervised release is scheduled to expire on October 8, 2018, and, due to his compliance, the probation office is respectfully requesting early termination of his supervised release. The U.S. Attorney's Office has been contacted and has no objection to the recommendation. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____    5-17-18
Terrence W. Boyle                   Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.  Crim. No. 2:09-CR-10-1BO

**EARL EDWARD EASON**

On October 9, 2015, the above named individual was released from incarceration and commenced a term of supervised release for a period of 3 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Lakesha H. Wright
Lakesha H. Wright
U.S. Probation Officer
306 East Main Street, Room 306
Elizabeth City, NC 27909-7909
Phone: 252-335-5508
Executed On: May 16, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __17__ day of __May__, 2018.

Terrence W. Boyle
U.S. District Judge